IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CAMERON MALIK TOWNSEND                                                                 PLAINTIFF

V.                                                                    CIVIL ACTION NO. 4:22-CV-00086-RP

MDOC and PREMIER SERVICES                                                             DEFENDANTS

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 19th day of July, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE